UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re

SHAMA REHMETULLAH and
ISHRAT A. REHMETULLAH,

Case No.: 6:14-bk-05453-CCJ
Chapter 7

        Debtors.
_____/

### ACTING UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE AND FOR APPOINTMENT OF A TRUSTEE

COMES NOW, Guy G. Gebhardt, Acting United States Trustee for Region 21, by and through his undersigned counsel, and moves this Court to reopen this case pursuant to 11 U.S.C. § 350(b), and in support thereof states:

1. On May 12, 2014, the Debtors filed a voluntary petition (Doc. No.: 1) under chapter 7 of the United States Bankruptcy Code, thereby initiating the instant case. Richard B. Webber (the "Trustee") was appointed as the chapter 7 trustee.

2. On July 7, 2014, the Trustee filed his Conclusion of Meeting of Creditors and Report of No Distribution.

3. On September 3, 2014, the Court entered the Order Approving Trustee's Report of No Distribution and Closing Estate (Doc. No.: 30).

4. The former chapter 7 Trustee has been advised of possible assets that may be available for distribution to creditors.

5. Pursuant to 11 U.S.C. § 350(b), a case may be reopened by the Court to administer assets, to accord relief to the debtor, or for other cause. If the instant case is reopened, funds may be available for distribution to creditors.

6. Pursuant to Federal Rule of Bankruptcy Procedure 5010, a trustee should be appointed upon the reopening of this case to protect the interests of creditors and the Debtor, and to ensure efficient administration of the case.

WHEREFORE, the United States Trustee respectfully requests that the Court order the instant case reopened pursuant to 11 U.S.C. § 350(b), direct the appointment of a chapter 7 trustee, and grant such other and further relief as is deemed just and proper.

DATED:  September 3, 2015.

> RESPECTFULLY SUBMITTED,
>
> GUY G. GEBHARDT
> ACTING UNITED STATES TRUSTEE
> REGION 21
>
> */s/   Elena Escamilla*
> Elena Escamilla, Trial Attorney
> Office of the United States Trustee
> U.S. Department of Justice
> Florida Bar No.:  898414
> 400 West Washington Street, Suite 1100
> Orlando, FL 32801
> Telephone No.:  (407) 648-6301, Ext. 127
> Facsimile No.:   (407) 648-6323
> E-Mail: Elena.L.Escamilla@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, United States Trustee's Motion to Reopen Case and for Appointment of a Trustee, has been served on September 3, 2015, through CM/ECF on parties having appeared electronically in the instant matter and by U.S. mail on the Debtors; 8501 Padova Court, Orlando, FL 32836.

> */s/   Elena Escamilla*
> Elena Escamilla, Trial Attorney